# Court of Appeals
# of the State of Georgia

ATLANTA,   May 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1688. LAW v. THE STATE.**

Appointed appellate counsel for the appellant, Jad B. Johnson, has filed a motion for this Court to allow him to withdraw from representing Law in this appeal. The motion alleges that Law informed appellate counsel by letter that he no longer wishes to be represented by counsel on appeal and that he wishes to proceed pro se.

Where appellate counsel appointed by the trial court seeks for good cause to withdraw from a pending appeal, the case must be remanded to the trial court for consideration of whether the appellant can represent himself and whether appellate counsel's motion to withdraw should be granted. See *Knowles v. State*, 245 Ga. App. 523, 526 (9) (538 SE2d 175) (2000); *Holt v. State*, 205 Ga. App. 40 (2) (421 SE2d 131) (1992). Accordingly, appellate counsel's motion to withdraw filed in this Court is DENIED. This case is remanded to the trial court for a hearing to address appellate counsel's motion to withdraw, to address Law's apparent intention to conduct his appeal pro se, and to establish a record that Law was instructed as to his right to counsel and the dangers of proceeding without counsel. *Cochran v. State*, 253 Ga. 10 (315 SE2d 653) (1984); *Clark v. Zant*, 247 Ga. 194, 195 (275 SE2d 49) (1981). Upon resolution of these issues, appellate may reinitiate his appeal in this case by refiling his original notice of appeal within 30 days of the trial court's order of disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/09/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*